# UNITED STATES DISTRICT COURT OF MARYLAND

| | |
|---|---|
| Omaha Property Manager LLC <br> 425 South Financial Place, Suite 2000 <br> Chicago, Illinois 60605 <br>         Plaintiffs <br><br> Kamal Mustafa <br> 18306 Bubbling Spring Terrace <br> Boyds, Md 20841 <br><br> Sidikatu Raji <br> 9125 Belvedere Drive <br> Frederick, MD 21704 <br><br> Omaha Property Manager LLC <br> 18306 Bubbling Spring Ter <br> Boyds, Md 20841 <br>         Defendant(s) | * <br> * <br> * <br> * Case No: <br> * <br> *   GJH 22CV1623 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C §§1331, 1332, and §1441 and violation of the fourteenth amendment.

Kamal Mustafa *pro se* hereby removes this action from the Circuit Court for Montgomery County, Maryland to the United States District Court for Maryland. The jurisdiction and **venue** of this Court are proper because this is a violation of constitutional rights and meets the amount in controversy requirement.

Plaintiff filed the case in the Circuit Court on June 28th, 2022. Circuit Court Docket entries. See Exhibit A. Copy of the Complaint. See Exhibit B.
On July 30th, 2022, I received an email with a 30-day summon (138 pages) and a hearing scheduled for July 1, 2022, from Timothy M. Hurley attorney claiming he represents Omaha Property Manager LLC (Delaware Omaha).

**NOTICE and the Opportunity to be heard is the fundamental right of every citizen.**
Here, the defendant was emailed a 138-page complaint in the afternoon of Thursday and was asked to appear for a hearing on Friday at 10:30 am.

Delaware Omaha does not *own a single property* in the state of Maryland. Delaware Omaha is not a registered entity of Maryland. *See* infra.

The amount in controversy is over $100,000.

**The Venue** is proper in the U.S District Court. The venue is not proper in the state court, because of no interest in any property. They failed to provides any valid with the name OMAHA PROPERTY MANGER LLC DELAWARE.

**UNDISPUTED FACTS** The whole 138-page complaint holds water if Omaha Property manager LLC was a registered entity of Maryland. *See* Infra.

**See Maryland Statues, infra.**

## FEW BASIC FACTS

OMAHA PROPERTY MANAGER LLC, Delaware (Delaware, Omaha), is It cannot use the name of Omaha Property Manager LLC, a Maryland taxpayer entity. Delaware Omaha never had an interest in the properties the defendant owns.

## Legal insufficiency

Delaware Omaha has no legal standing to ask for any relief from any Maryland Court for the following reasons:

1. Registration
2. Use of Name.
3. Doing Business without registration.
4. Quiet Title Action.

**Maryland Statutes:**

**1. Registration**

Md. CORPORATIONS AND ASSOCIATIONS Code Ann. § 4A-1002

§ 4A-1002. Registration

(a) Requirement. -- Before doing any interstate, intrastate, or foreign business in this State, a foreign limited liability company shall register with the Department.
<u>Omaha, Delaware is not a registered entity of the state of Maryland.</u>

## 2. Use of Name

Md. CORPORATIONS AND ASSOCIATIONS Code Ann. § 1-504

§ 1-504. Name to be distinguishable
An entity name must be distinguishable upon the records of the Department from:
(1) The entity name of an entity organized or authorized to transact business in the State.
(2) An entity name reserved or registered under this subtitle; and
(3) The disclosed assumed name adopted by a foreign entity authorized to

transact business in this State.

Here, we already have a domestic limited liability Company, Omaha Property manager LLC, Certificate of Good Standing from the state of Maryland attached. *See* Exhibit A.

Omaha, Delaware, cannot use the name of the Maryland domestic entity.

## 3. Doing Business without Registration

Md. CORPORATIONS AND ASSOCIATIONS Code Ann. § 4A-1007
§ 4A-1007. Doing business without registration.
   (a) Barred from maintaining the suit. -- If a foreign limited liability company is doing or has done any intrastate, interstate, or foreign business in this State without complying with the requirements of this subtitle, the foreign limited liability company and any person claiming under it may not maintain a suit in any court of this State, unless the limited liability company shows to the satisfaction of the court that:

In the instant case, Omaha, Delaware, cannot maintain any action in any Maryland Court.

## 4. Doing Business without registration

In Psychic Research the Court of Special Appeals said:

> "The Articles of Revival can spontaneously generate life in a dead corporation, but they cannot restore to it rights that passed to others during the period of the corporate abiosis. The subsequent revival of Psychic did not again vest property and rights in the corporation which were divested during the period of forfeiture."

*Stein v. Smith,* 751 A.2d 504, 358 Md. 670 (Md. 2000).

Here, Omaha Property manager LLC, Delaware has no legal standing.

## **CONCLUSION**

Omaha, Delaware, claims it is a foreign limited liability company involved in many real estate transactions. They legally do not have any legal interest in the properties of the defendant.
This is a timely removal. The amount of controversy is over $100,000.

The defendant is attaching a copy of the state court action and will file a Motion to Dismiss or complaint about damages.

WHEREFORE, for the reasons stated above, Defendant respectfully requests that the above-referenced case now pending in the Circuit Court for Montgomery County, be removed to the United States District Court of Maryland.

Dated July 1, 2022        _____

Kamal Mustafa
18306 Bubbling Spring Ter
Boyds, Md 20841
Ph: 240-381-9374
Kamal4000@gmail.com