IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

|  |  |  |
|---|---|---|
| OMAHA PROPERTY MANAGER, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-22-1623 |
| KAMAL MUSTAFA, *et al.*, | * | |
| Defendants. | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons discussed during today's Motion Hearing, the request for a temporary restraining order, ECF No. 3, 10, is **GRANTED**.

A. Defendants Sidikatu Raji, Omaha Property Manager, LLC (Maryland Omaha), Omaha Property Manager, LLC (Illinois Omaha), and NDF1, LLC, (collectively, "Defendants") are enjoined from filing any fraudulent deeds asserting ownership or transfer or ownership relating to properties that are lawfully owned by Plaintiff Delaware Omaha[1];

B. Defendants are enjoined from making any public misrepresentations that Defendants have any interest in the properties lawfully owned by Delaware Omaha;

C. Defendants are enjoined from entering or coming within 100 yards of the premises of any properties lawfully owned by Delaware Omaha;

---

[1] Properties lawfully owned by Plaintiff Delaware Omaha includes, but is not limited to, the four properties identified in the hearing.

1

D.  Defendants are enjoined from listing any of the properties lawfully owned by Delaware Omaha for sale;

E.  Defendants must make all efforts necessary to ensure that any such listings are removed from public websites;

F.  Defendants are enjoined from renting to and/or installing tenants in any of the properties lawfully owned by Delaware Omaha; and

G.  The Court reserves for consideration the request for all costs, attorneys' fees, and expenses of this action.

This Order was entered on July 13, 2022 at 12 noon at Greenbelt, Maryland. This Order shall expire on July 27, 2022, unless extended by further order.

Dated:  July   2022                                          /s/
                                                                       GEORGE J. HAZEL
                                                                       United States District Judge