IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
Southern Division

|  |  |  |
|---|---|---|
| OMAHA PROPERTY MANAGER, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-22-1623 |
| KAMAL MUSTAFA, *et al.*, | * | |
| Defendants. | * | |
|  | * | |

**ORDER**

On July 13, 2022, the Court granted Plaintiff Delaware Omaha Property Manager, LLC,'s Motion for a Temporary Restraining Order against Defendants Sidikatu Raji, Maryland Omaha Property Manager, LLC, Illinois Omaha Property Manager, LLC, and NDF1, LLC. ECF No. 17.[1] The TRO was due to expire on July 27, 2022. *Id.* On July 20, 2022, because of Defendants' delay in securing counsel, the Court extended the TRO until August 3, 2022, via telephone conference. On August 3, 2022, counsel for Defendants appeared in an off-the-record call and explained that he was still seeking admission to the Court. Thus, for this good cause shown, it is hereby **ORDERED**, by the United States District Court for the District of Maryland, that the Temporary Restraining Order is **EXTENDED** to August 19, 2022, at which time the Court will hold a preliminary injunction hearing.

Dated:  August  4, 2022

/s/_____
GEORGE J. HAZEL
United States District Judge

---

[1] This action is currently stayed against Defendant Mustafa because Mustafa filed for bankruptcy. *See* 22-13664.

1