IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

|  |  |  |
|---|---|---|
| OMAHA PROPERTY MANAGER, LLC, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-22-1623 |
| KAMAL MUSTAFA, *et al.*, | * | |
| Defendants. | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons discussed during today's Motion Hearing, the request for a Preliminary Injunction, ECF No. 3, 10, is **GRANTED**.

A. Defendants Kamal Mustafa, Sidikatu Raji, Omaha Property Manager, LLC (Maryland Omaha), Omaha Property Manager, LLC (Illinois Omaha), and NDF1, LLC, (collectively, "Defendants") are enjoined from filing any fraudulent deeds asserting ownership or transfer or ownership relating to properties that are lawfully owned by Plaintiff Delaware Omaha[1];

B. Defendants are enjoined from making any public misrepresentations that Defendants have any interest in the properties lawfully owned by Delaware Omaha;

C. Defendants are enjoined from entering or coming within 100 yards of the premises of any properties lawfully owned by Delaware Omaha;

---

[1] Properties lawfully owned by Plaintiff Delaware Omaha includes, but is not limited to 14611 Bubbling Spring Road, Boyds, Maryland, 20841; 1537 Havilland Place, Frederick, Maryland, 21702; 5516 Vantage Point Road, Columbia, Maryland, 21044; and 4800 Hamilton Street, Hyattsville, Maryland.

D. Defendants are enjoined from listing any of the properties lawfully owned by Delaware Omaha for sale;

E. Defendants must make efforts necessary to ensure that any such listings are removed from public websites; and

F. Defendants are enjoined from renting to and/or installing tenants in any of the properties lawfully owned by Delaware Omaha.

Dated:  August, 19, 2022

/s/_____
GEORGE J. HAZEL
United States District Judge